IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JENNIFER HILL, ON BEHALF OF HERSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

Appellant,

v.

THE HOOVER COMPANY, A FOREIGN CORPORATION DOING BUSINESS IN ALACHUA COUNTY, FLORIDA, AND HOOVER COMPANY, I, A FOREIGN CORPORATION DOING BUSINESS IN ALACHUA COUNTY, FLORIDA,

Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D14-0539

Opinion filed November 6, 2014.

An appeal from the Circuit Court for Alachua County.
Toby S. Monaco, Judge.

Paul S. Rothstein, Gainesville, for Appellant.

James Andrew Bertron, Jr., Tallahassee; Keith Hutto, Rachel M. Flynn, and Chris Genovese, Columbia, SC, for Appellees.

PER CURIAM.

AFFIRMED.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.